IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRYSTAL J. BAILEY                                                                                        PLAINTIFF

v.                                    CASE NO. 6:12-cv-06094-SOH

LVNV FUNDING LLC;
RESURGENT CAPITAL SERVICES LP;
CAPITAL MANAGEMENT SERVICES, LP;
and FINANCIAL RECOVERY SERVICES, INC.                                            DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC.

Financial Recovery Services, Inc. ("FRS"), for its Rule 7.1 Corporate Disclosure Statement, states:

FRS is a privately held corporation that does not have a parent corporation and no publicly traded entity owns any share in FRS.

| | |
|---|---|
| QUATTLEBAUM, GROOMS,<br>  TULL & BURROW PLLC<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201<br>Tel: 501. 379.1700<br>Fax: 501.379.1701<br>jfalasco@qgtb.com | *Of Counsel, Admission Pending*<br>MOSS & BARNETT<br>A Professional Association<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis  MN  55402-4129<br>Telephone:  (612) 877-5000<br>Facsimile:  (612) 877-5999<br>E-Mail:  PoncinM@moss-barnett.com |
| By:/s/ Joseph R. Falasco<br>     Joseph R. Falasco (2002163)<br><br>And | By: /s/Michael S. Poncin<br>     Michael S. Poncin (MN Bar 296417)<br>*Attorneys for Financial Recovery Services, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August, 2012, I filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Phil W. Campbell**
  pcampbell@fc-lawyers.com, adecker@fc-lawyers.com, tsims@fc-lawyers.com, egribble@fc-lawyers.com, dparish@fc-lawyers.com

A copy of the foregoing has been served by United States Mail, postage prepaid, upon:

    **Crystal J. Bailey**
    1045 Tom Loyd Cutoff
    Malvern, AR 72104-8321

                                   /s/ Joseph R. Falasco
                                   Joseph R. Falasco